UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN TREATING COMPANY, LLC, a Delaware limited liability company,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>and<br><br>BLUE MOUNTAIN LOG SALES LTD., a British Columbia, Canada Company,<br><br>   Plaintiff,<br>v.<br><br>GLOBAL BUILDING PRODUCTS LTD., a British Columbia, Canada company; GLOBAL BUILDING PRODUCTS (12) LTD., a British Columbia, Canada company; GLOBAL BUILDING PRODUCTS (17) LTD., a British Columbia, Canada company; FSR TREATMENT, INC., a British Columbia, Canada corporation,<br><br>   Defendants and Counterclaim Plaintiffs,<br>v.<br><br>FRED AMUNDSON, an individual and citizen of Washington,<br><br>   Additional Counterclaim Defendant. | CASE NO. C12-1276 RSM<br><br>MINUTE ORDER DENYING COUNTERCLAIM PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

MINUTE ORDER DENYING COUNTERCLAIM PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 1

1  The following MINUTE ORDER is made by direction of the Court, the Honorable

2  Ricardo S. Martinez, United States District Judge:

3  This matter comes before the Court on Counterclaim Plaintiffs' ("Global") motion for a

4  temporary restraining order. Dkt. # 34. The Court finds that the motion and the attached

5  declarations fail to meet the requirements for issuance of a temporary restraining order under

6  FED. R. CIV. P. 65(b). It would be premature for the Court to grant Plaintiff's motion without

7  allowing Plaintiff American Treating Company, LLC ("ATC") an opportunity to be heard in

8  opposition. Accordingly, the Court shall treat the motion as one for a preliminary injunction, and

9  hereby sets the motion for a hearing on Thursday, November 1, 2012, at 9:30 a.m. The Court

10 also establishes the following expedited briefing schedule: Plaintiff ATC's response shall be due

11 by 5 p.m. on Monday, October 29, 2012, and Counterclaim Plaintiffs' reply shall be due by 5

12 p.m. on Tuesday, October 30, 2012. The Clerk is directed to forward a copy of this Order to all

13 counsel of record.

14 Dated this 22 day of October, 2012.

16 WILLIAM M. McCOOL, Clerk

17 By: /s/ Rhonda Stiles
       Deputy Clerk

MINUTE ORDER DENYING COUNTERCLAIM PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER - 2